IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**JORGE ALBERTO GRANADOS-RIVERA,**

    **Plaintiff,**

**v.**                                                                               **No. CV 15-0275 JCH/LAM**

**J. FRAWNER, et al.,**

    **Defendants.**

## ORDER TO CURE DEFICIENCY

Plaintiff submitted a civil rights complaint (*Doc. 1*) on April 3, 2015. The Court has determined that Plaintiff's filing is deficient as described in this order. The complaint and envelope contain three separate addresses for Plaintiff. Furthermore, Plaintiff's motion for leave to proceed under 28 U.S.C. § 1915 (*Doc. 2*) is missing a certified copy of his inmate account statement for the 6-month period immediately preceding this filing.

Papers filed in response to this order must include the civil action number (CV 15-275 JCH/LAM) of this case. Failure to cure the designated deficiencies **within thirty (30) days from entry of this order** may result in **dismissal** of this action without further notice.

**IT IS THEREFORE ORDERED** that, **within thirty (30) days from entry of this order,** Plaintiff notify the Clerk in writing of his current address and submit a certified copy of his inmate account statement for the 6-month period immediately preceding the filing of the complaint.

**IT IS FURTHER ORDERED** that the Clerk is directed to mail copies of this order to Plaintiff at each of the two addresses shown on page 1 of the complaint and the return address on the envelope.

**IT IS FURTHER ORDERED** that, **if Plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, this action may be dismissed without prejudice without further notice.**

**IT IS SO ORDERED.**

*Lourdes A. Martínez*
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**